## Meyers *v.* Aetna Life Insurance Company, Appellant.

· Argued March 23, 1966. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, HOFFMAN, and SPAULDING, JJ.

*George M. Brodhead,* with him *Donald M. Tucker, Peter C. Paul,* and *Rawle & Henderson,* for appellant.

*M. Carton Dittmann, Jr.,* with him *Morris Cheston, Jr.,* and *Ballard, Spahr, Andrews & Ingersoll,* for appellee.

OPINION PER CURIAM, April 26, 1966:

The order of the Court of Common Pleas of Philadelphia County is affirmed on the opinion of Judge CHARLES A. WATERS for the court below, reported at 39 Pa. D. & C. 2d 1.